UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In re:<br><br>LR BUFFALO CREEK, LLC, a Georgia limited liability Company,<br><br>      Debtor. | Case No. 6:08-bk-10162-ABB<br>CHAPTER 7<br><br>(Pending in the United States Bankruptcy Court for the Middle District of Florida, Orlando Division) |
| HERSCHEL ALLEN and wife, ELIZABETH P. ALLEN; SVEN RONNY CARLSON and wife, SUSAN P. CARLSSON a/k/a CARLSSON INVESTMENTS, LLC, WAYNE COX and wife,<br><br>JOSEPHINE COX; GLENN A. DAY and wife, KATHERINE KOSTOFF-DAY; CALVIN C. HENDERSON and wife, ELAINE W. HENDERSON; REUBEN T. JOY and wife, KRYSTAL K. JOY; JOHN J. KASIANOWICZ and wife, RACHEL H. KASIANOWICZ; JILL ANNE LYCAN; GLENN M. SWARTZ, JR., and wife, DAWNA L. SWARTZ; DAVID LEE WOOD; STEPHEN PETER BLOOM; MARCOS I. RUBERT and wife, KATHRYN M. RUBERT and BRIAN J. KREBS,<br><br>      Plainitffs,<br><br>vs.<br><br>LAND RESOURCE GROUP OF NORTH CAROLINA, LLC, a North Carolina limited liability company, LAND RESOURCE DEVELOPMENT GROUP, INC., a Georgia corporation, LAND RESOURCE GROUP, INC., a Georgia corporation, LR BUFFALO CREEK, LLC, a Georgia limited liability Company; LAND RESOURCE, LLC a/k/a LAND RESOURCE COMPANIES, LLC, a Georgia limited liability company; MIKE FLASKEY; J. ROBERT WARD; PAUL BEIDEL; ROB VACKO; SCRIPPS NETWORK INTERACTIVE d/b/a HGTV; | District Case No: 1:09-CV-00196 |

WACHOVIA BANK, N.A.; MITCH BEN MILLER; SOUTHERN H.O.A. MANAGEMENT, LLC; CLARK CHAMPION; TAMMY MIKESELL; ROBERT L. HULLETT; HOWARD HULLETT APPRAISALS AND REALTY, INC.; SHANNON GLOVER; EDDIE H. GILBERT; LYNN SESSONS; EHG APPRAISAL SERVICES; SUSAN GARREN; MARIE A. FOX; HOMEFOCUS VALUATION SERVICES, LLC; TWO DAY APPRAISAL; RANDALL CONCHRAN; JEANETTE MANNER- JONES; BRANCH BANKING & TRUST COMPANY; BANK OF AMERICA CORPORATION; JOHN DOE OFFICERS OF LAND RESOURCE GROUP OF NORTH CAROLINA, LLC; JOHN DOE OFFICERS OF LAND RESOURCE DEVELOPMENT GROUP, INC.; JOHN DOE OFFICERS OF LAND RESOURCE GROUP, INC; JOHN DOE OFFICERS OF LR BUFFALO CREEK, LLC; JOHN DOE OFFICERS OF LAND RESOURCE LLC a/k/a LAND RESOURCE COMPANIES, LLC; JOHN DOE DIRECTORS OF LAND RESOURCE GROUP OF NORTH CAROLINA, LLC; JOHN DOE DIRECTORS OF LAND RESOURCE DEVELOPMENT GROUP, INC.; JOHN DOE DIRECTORS OF LAND RESOURCE GROUP, INC.; JOHN DOE DIRECTORS OF LR BUFFALO CREEK, LLC; JOHN DOE DIRECTORS OF LAND RESOURCE, LLC a/k/a LAND RESOURCE COMPANIES, LLC; JOHN DOE APPRAISER; and JOHN DOE REAL ESTATE AGENT,

    Defendants.
_____/

# ORDER

THIS MATTER is before the Court on Marjorie R. Mann's Application for Admission to Practice *Pro Hac Vice* of Nicolette Corso Vilmos. It appearing that Marjorie R. Mann is a member in good standing with North Carolina Bar and will be appearing with Nicolette Corso Vilmos, a member in good standing with the Bar of Florida, that all admission fees have been paid and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that Nicolette Corso Vilmos' Application for Admission to Practice *Pro Hac Vice* (#14) of Marjorie R. Mann is **GRANTED,** and that Nicolette Corso Vilmos is **ADMITTED** to practice *pro hac vice,* before the Bar of this Court while associated with Marjorie R. Mann.

Signed: July 8, 2009

Dennis L. Howell
United States Magistrate Judge